ACCEPTED
01-15-00352-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 1:29:39 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00352-CV

IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 1:29:39 PM
CHRISTOPHER A. PRINE
                    Clerk

_____

PHAP V. NGUYEN, ANDY NGO, and DUNG T. VU,
**Defendants - Appellants**

**VS.**

MANH HOANG and DUNG LE,
**Plaintiffs – Appellees**


**On Appeal from the 55th Judicial District Court Harris County
Cause No. 2011-72719**
_____


**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLEES' BRIEF**
_____


BUI & NHAN, P.L.L.C.
Scott K. Bui
State Bar No.00789185
Email: sbui@buinhanlaw.com
Charlie T. Nhan
State Bar No. 24025561
Email: cnhan@buinhanlaw.com
3921 Ocee
Houston, Texas 77063
Tel: 713-783-2466
Fax: 713-783-0787

ATTORNEYS FOR APPELLEES

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellees, MANH HOANG and DUNG LE, file this Unopposed First Motion to Extend Time to File Appellees' Brief.

Appellees' opening brief is currently due on August 28, 2015.

Counsel for Appellees request a 30-day extension of time to file its brief, making the brief due on September 28, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellees rely on the following reason, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Counsel for Appellees has encountered a computer related issue regarding the data on his drive that were corrupted.

Counsels for Appellees seek this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellees request that this Court grant this Unopposed First Motion to Extend Time to File Appellees' Brief and extend the Deadline for Filing the Appellees' Brief up to and including September 28, 2015. Appellees pray for all other relief to which it may be entitled.

Respectfully submitted,

Bui & Nhan, PLLC.

By: */s/ Scott K. Bui*

BUI & NHAN, P.L.L.C.
Scott K. Bui
State Bar No.00789185
Email: sbui@buinhanlaw.com

Charlie T. Nhan
State Bar No. 24025561
Email: cnhan@buinhanlaw.com
3921 Ocee
Houston, Texas 77063
Tel: 713-783-2466
Fax: 713-783-0787
**ATTORNEYS FOR APPELLEES**

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellants regarding this motion and that

Appellants are opposed to this motion.

*/s/ Scott K. Bui*
Scott Khoa Bui

### CERTIFICATE OF SERVICE

I hereby certify that, on August 28, 2015, a copy of the foregoing was delivered in a manner prescribed by the Texas Rules of Appellate Procedure to:

Tom Rorie
*Via Facsimile #936-559-0099*

*/s/ Scott K. Bui*
Scott Khoa Bui